# In the United States Court of Federal Claims

No. 19-1175

Filed: October 9, 2019

| | |
|---|---|
| IRA JEROME ROSS, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

## ORDER

On September 4, 2019, the Court issued an order denying plaintiff's Motion for Leave to Proceed *in forma pauperis* and ordering plaintiff to pay the $400 filing fee within thirty (30) days or plaintiff's Complaint would be dismissed for failure to prosecute. On October 2, 2019, plaintiff filed a motion with this Court that does not comport with the Rules of the Court of Federal Claims, in which he indicated that he cannot afford the filing fee and asked the Court to dismiss his complaint without prejudice. As plaintiff has not paid the filing fee, plaintiff's Complaint is hereby **DISMISSED** without prejudice for failure to pay the filing fee. Moreover, the Court **ORDERS** the Clerk's Office to file by the Court's leave plaintiff's October 2, 2019 filing as "Plaintiff's Response to the Court's Order to Pay the Filing Fee."

The Court further reminds plaintiff that plaintiff is three-strikes barred under 28 U.S.C. § 1915(g) for filing claims that are frivolous, malicious, or that fail to state a claim upon which relief can be granted. As such, the Court has no choice but to deny any future motions for leave to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

Loren A. Smith
Senior Judge